IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN QUIN SPANN, <br> AIS #251840, <br><br> Plaintiff, <br><br> v. <br><br> DRANARRIS LOVEJOY, *et al.*, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:19-CV-706-WKW <br> ) [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On April 14, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 33.) Upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 33) is ADOPTED and that Defendants' motion for summary judgment (Doc. # 22) is GRANTED in part and DENIED in part as follows:

(1)   Defendants' motion for summary judgment on Plaintiff's claims for monetary damages against Defendants in their official capacities is GRANTED;

(2)   Defendants' motion for summary judgment on Plaintiff's Eighth Amendment claims for deliberate indifference to serious medical needs against Defendants in their individual capacities is GRANTED;

(3)     Defendants' motion for summary judgment on Plaintiff's Eighth Amendment claims for excessive force against Defendants Lovejoy and Issac in their individual capacities is DENIED; and

(4)     Defendants' motion for summary judgment on Plaintiff's Eighth Amendment claim for failure to protect against Defendant Crittenden in his individual capacity is DENIED.

DONE this 17th day of May, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
