**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **STEVEN QUIN SPANN, AIS #251840,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:19-CV-706-WKW-KFP** |
| | ) | |
| **DRANARRIS LOVEJOY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff, Steven Quin Spann, by and through undersigned counsel, respectfully submit this Joint Stipulation of Dismissal with Prejudice, representing that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted this 29th day of March, 2023.

/s/ Clay M. Phillips (with consent)
Clay M. Phillips
Phillips Law Firm
341 Mendel Parkway East
Montgomery, AL 36117
T: (334) 277-8753
F: (334) 279-8753
clay@clayphillipslaw.com

/s/ Laura E. Howell
Laura E. Howell
Assistant Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
334-242-7300 (T)
334-353-8400 (F)
Laura.Howell@AlabamaAG.gov